

```
                                    1
                                    2
                                    3
                                    4
                                    5
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0756-JM |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony); and Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| MARIA ZAZUETA-PEREZ (1), JESUS GOMEZ-OSORIO (2), | ) | |
| Defendants. | ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about February 13, 2008, within the Southern District of California, defendant MARIA ZAZUETA-PEREZ, did knowingly and intentionally import approximately 45.81 kilograms (107.98 pounds), of Marijuana (net weight), Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

//
//
//
//

Count 2

On or about February 13, 2008, within the Southern District of California, defendant JESUS GOMEZ-OSORIO, did knowingly and intentionally possess, with intent to distribute, approximately 45.81 kilograms (107.98 pounds) of Marijuana (net weight), a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: 3/13/08

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
2/27/08