'08 JUN 10 PM 2: 10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA    VNH

**(HON. JEFFREY T. MILLER)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Criminal No. **08-CR-0756-001-JM** |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| **MARIA ZAZUETA-PEREZ,** ) | |
| Defendant. ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the **Defendant's Sentencing Memorandum and Chart** be filed Under Seal.

Dated: 6/10/08

HON. JEFFREY T. MILLER
U.S. District Court Judge

2