# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER **08CR0756·JM** |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. **07210298** |
| **Maria Zazueta-Perez** | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **June 13, 2008**

the Court entered the following order:

**✓** Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

**✓** Defendant sentenced to TIME SERVED, supervised release for **2** years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

FILED JUN 1 3 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA DEPUTY

UNITED STATES MAGISTRATE JUDGE

Received _____ /DUSM

OR
W. SAMUEL HAMRICK, JR., Clerk
by _____ Deputy Clerk

Crim-9 (Rev 6-95)   ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY